UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2020 MAR 10   PM 12: 49

_Yvonne Frost_

**20 CV 2261**

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-  _MIKE PENCE_

_US FEDERAL GOVERNMENT_
_Health and Human Services_
_Center For Disease Control_
_US CONGRESS_

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_MEDICAL    EMERGENCY/ EPEDEMIC_

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
            (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

YVONNE                         FROST
-------------------------------------------------------------
First Name          Middle Initial          Last Name

40   ANN   STREET
-------------------------------------------------------------
Street Address

NEW   YORK              NY            10038
-------------------------------------------------------------
County, City                State          Zip Code

                            Yvonne Frost 1@aol.com
-------------------------------------------------------------
Telephone Number            Email Address (if available)

Page 3

**B.   Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   US FEDERAL GOVERNMENT

First Name                        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                        Zip Code

Defendant 2:   CENTER FOR DISEASE CONTROL

First Name                        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                        Zip Code

Defendant 3:   HEALTH AND HUMAN SERVICES

First Name                        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                        Zip Code

Defendant 5: MIKE PENCE

Defendant 4:   *US CONGRESS*

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   *New York, New York Harbor*

Date(s) of occurrence:   *Tuesday March 10th, 2020.*

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

About one week now I have asked the God of the universe for the origin and cure for the Coronavirus that has taken a devastating toll on the globe.

I was physically shown this circuit thing this morning. It is home-borne, but China may be the Epicenter.

The almighty God in his all wisdom already tell us the cure or how I can be cured from the questions He asked me. One of the first thing He said was "You watching TV."

I was looking out at the New York harbor (close to the Heliport) when I saw wave like circuit long thin springs or worms coming out/up

Page 5

FACT 2                    medical may
                          understand the
                          language given

Jesus said "I want you to move fast —
these things are very poisonous and I know
what I am saying."
Jesus continued to say "They have already taken
got inside of you".
He said " I took in a lot.
        When I looked over yesterdays vision I was
told "it would be shown to me. The exact
words "show it to her this time".
It's only after I toyed with the TV like image
I saw riding on the train it sunk in. It was
the virus and the cure.
        The symptoms thus far:
①  Edge of toes sharp painful shudder
②  weak stomach        ③ Runny nose
④  Onset of diarrhea    ⑤ heavy eyes
        In this vision I asked the question
"What it is you want" I said to Jesus?
I heard Say Psalm 53.
This virus Keeps eating, going down then re-sur-
facing again for more. The difference is You have
to be watching it. It gets in through the eyes,
nose, mouth and on lungs.
        Take a look at today's AM Metro New York
papers. How much money is the government willing
to put out. 40 million just to help state official
find a cure. I have all the Metro newspaper I
have been reading. Jesus said " I can feed
everyone now".
I go to the harbor to look out and pray.

PS  I believe it has something to do with cellphones
    and theft of cellphones or information

of the water. I was looking at it from through the grid. I said to myself what are those things? When I looked over the hedge directly into the water I could not see it that way. I looked through the grid taking my eyes on and off back again and there they were.

I heard "How old is He?

I also heard "I feel I am way too aged."
When I heard that I said "What does that mean?" This virus affects everyone.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Runny nose, tip of all toes sharp shudder eyes heavy, onset of diarrhea, weak stomach.
Already compromise immune System

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I was told "I can now feed everyone."
Please consider all the money state official and others have spoken about to bring relief and put an end to this virus.

Page 6

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| *3/10/20* | *Yvonne Frost* |
| Dated | Plaintiff's Signature |
| *YVONNE* | *FROST* |
| First Name            Middle Initial | Last Name |
| *40 ANN STREET* | |
| Street Address | |
| *New York*        *NY*        *10038* | |
| County, City        State        Zip Code | |
| | *Yvonne.Frost1@aol.com* |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7